H. M. HUGHES CO., INC., v. SAPPHIRE REALTY CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated June 2, 1961, is vacated. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

JOSEPH HUTCHINGS v. "JOHN" W. KARR et al.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of the Estate of HARRY PASIALIS, Deceased. PAUL ANAYANN·S; Public Administrator et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

JENNIE L. SUFRIN v. ARBEAU, INC., et al.— Motion by respondent 33 Gramercy Park South Corp. to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

ANN MANN, Also Known as SHAINDEL MANN et al., v. PAUL MANN, Also Known as YISROL P. M. LIBMAN.—Motion to vacate stay denied in all respects. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

(A) In the Matter of the Probate of the Will of MINNIE A. NUTTING, Deceased. MARY J. McCARTHY et al., Appellants; ALFRED A. BROWN et al., Respondents. (B) In the Matter of the Probate of the Will of MINNIE A. NUTTING, Deceased. JOHN H. McCARTHY et al., Appellants; ALFRED A. BROWN et al., Respondents. (C) In the Matter of the Probate of the Will of MINNIE A. NUTTING, Deceased. WILLIAM A. McCARTHY et al., Appellants; ALFRED A. BROWN et al, Respondents.— [In each proceeding] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HARRIS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD BUTTS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HUBERT TYLER. (D) THE PEOPLE OF THE STATE OF NEW YORK v. CALVIN BOOKER.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.